In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-14065

_____

FIDENCIO HERNANDEZ ALVAREZ,

*Petitioner-Appellee,*

*versus*

WARDEN, FEDERAL DETENTION CENTER MIAMI,
MIAMI FIELD OFFICE DIRECTOR, IMMIGRATION AND
CUSTOM'S ENFORCEMENT'S ENFORCEMENT AND
REMOVAL OPERATIONS,
ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS
ENFORCEMENT,
SECRETARY OF THE DEPARTMENT OF HOMELAND
SECURITY,
ATTORNEY GENERAL OF THE UNITED STATES, et al.,

*Respondents-Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-24806-KMW

_____

———————————————

No. 25-14075

———————————————

ISMAEL CERRO PEREZ,

*Petitioner-Appellee,*

*versus*

ASSISTANT FIELD OFFICE DIRECTOR, KROME NORTH SERVICE
PROCESSING CENTER,
MIAMI FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOM'S
ENFORCEMENT'S ENFORCEMENT AND REMOVAL
OPERATIONS,
ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS
ENFORCEMENT,
SECRETARY OF THE DEPARTMENT OF HOMELAND
SECURITY,
U.S. ATTORNEY GENERAL, et al.,

*Respondents-Appellants.*

———————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-24820-KMW

———————————————

ORDER:

Appellants' motion to expedite oral argument is GRANTED. Appeal is scheduled for oral argument March 26, 2026, at 11:00 a.m. in Miami.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION