# In the
# United States Court of Appeals
## For the Eleventh Circuit

———————————————

No. 25-14065

———————————————

FIDENCIO HERNANDEZ ALVAREZ,

*Petitioner-Appellee,*

*versus*

WARDEN, FEDERAL DETENTION CENTER MIAMI,
MIAMI FIELD OFFICE DIRECTOR, IMMIGRATION AND
CUSTOM'S ENFORCEMENT'S ENFORCEMENT AND
REMOVAL OPERATIONS,
ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS
ENFORCEMENT,
SECRETARY OF THE DEPARTMENT OF HOMELAND
SECURITY,
ATTORNEY GENERAL OF THE UNITED STATES, et al.,

*Respondents-Appellants.*

———————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-24806-KMW

———————————————

2                    Order of the Court                    25-14065

_____

No. 25-14075

_____

ISMAEL CERRO PEREZ,

*Petitioner-Appellee,*

*versus*

ASSISTANT FIELD OFFICE DIRECTOR, KROME NORTH
SERVICE
PROCESSING CENTER,
MIAMI FIELD OFFICE DIRECTOR, IMMIGRATION AND
CUSTOM'S
ENFORCEMENT'S ENFORCEMENT AND REMOVAL
OPERATIONS,
ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS
ENFORCEMENT,
SECRETARY OF THE DEPARTMENT OF HOMELAND
SECURITY,
U.S. ATTORNEY GENERAL, et al.,

*Respondents-Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-24820-KMW

_____

25-14065                     Order of the Court                          3

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION