In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-14065

---

FIDENCIO HERNANDEZ ALVAREZ,

*Petitioner-Appellee,*

*versus*

WARDEN, FEDERAL DETENTION CENTER MIAMI,
MIAMI FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOM'S ENFORCEMENT'S ENFORCEMENT AND REMOVAL OPERATIONS,
ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT,
SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,
ATTORNEY GENERAL OF THE UNITED STATES, et al.,

*Respondents-Appellants.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-24806-KMW

---

---

No. 25-14075

---

ISMAEL CERRO PEREZ,

*Petitioner-Appellee,*

*versus*

ASSISTANT FIELD OFFICE DIRECTOR, KROME NORTH SERVICE
PROCESSING CENTER,
MIAMI FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOM'S
ENFORCEMENT'S ENFORCEMENT AND REMOVAL OPERATIONS,
ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT,
SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,
U.S. ATTORNEY GENERAL, et al.,

*Respondents-Appellants.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-24820-KMW

---

ORDER:

The petition for rehearing en banc is HELD IN ABEYANCE pending the Supreme Court's decision in *Philip L. Rhoney, Acting Director of the Buffalo Field Office of U.S. Immigration and Customs Enforcement v. Ricardo Aparecido Barbosa da Cunha*, No. 26-104.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION